**Michael T. MASUOKA, Plaintiff–Appellant,**

v.

**G.W. MURPHY CONSTRUCTION COMPANY, INCORPORATED, Employer; Argonaut Insurance Company, Incorporated, Insurance Carrier; 1–5 John and Jane Does Entities; 1–5 Does Corporation Entities; 1–5 Does Partnership Entities; 1–5 John and Jane Does; Governmental Entities, Defendants–Appellees.**

No. 03–1376.

United States Court of Appeals, Fourth Circuit.

Submitted May 20; 2003.

Decided June 5, 2003.

Michael T. Masuoka, Appellant Pro Se.

Before MICHAEL and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Michael T. Masuoka appeals the district court's order dismissing his civil complaint as frivolous and for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Masuoka v. G.W. Murphy Construction Co.,* No. CA–02–1671–A (E.D. Va. filed Feb. 21, 2003 & entered Feb. 25, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*